CHARLES H. McCARTHY, Appellant, *v.* CHARLES W. CULKIN, as Sheriff of New York County, Respondent.

(Submitted June 2, 1930; decided June 5, 1930.)

548

*Samson Selig* for motion.

*Borris M. Komar* opposed.

Motion denied, with ten dollars costs.